# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Damon Lee, ) | |
| ) | CV-15-039-TUC-DCB |
| Petitioner, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| S. Lake, Warden, ) | |
| ) | |
| Respondents. ) | |

Magistrate Judge Bowman issued her Report and Recommendation on May 27, 2015, recommending that the District Court enter an order denying the Petition for Writ of Habeas Corpus on the merits and dismiss the action. A copy was sent to all parties, notifying all parties that written objections must be filed within fourteen days of service. 28 U.S.C. §636(b). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Bowman's Report and Recommendation (Doc. 10) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law. The Petition for Writ of Habeas Corpus (Doc. 1) is DENIED.

IT IS FURTHER ORDERED that this action is dismissed with prejudice. This case is closed. The Clerk's Office shall enter a Final Judgment to this effect.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED. *See*

//

*United States v. Martin*, 226 F.3d 1042, 1046 (9th Cir. 2000) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).)

DATED this 29th day of June, 2015.

David C. Bury
United States District Judge